CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-203-RSM |
| Plaintiff, | ORDER GRANTING THE UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| v. | |
| DANIEL HERNANDEZ, | |
| Defendant. | |

THE COURT has considered the Unopposed Motion to Withdraw as Counsel and for Appointment of New Counsel, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Jesse Cantor is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent the defendant from the CJA panel.

DONE this 15th day of November, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*USA v. Hernandez* / CR19-203-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100