Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-203RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER EXTENDING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS RESPONSES TO DEFENDANT'S MOTIONS TO SEVER |
| (14) ANTHONY JACQUES MCKINNEY (aka "Sancho"), | |
| Defendant. | RE-NOTE ON MOTIONS CALENDAR: February 28, 2020 |

THIS MATTER having come before the Court on the Government's Motion to Extend the Deadline to File its Responses to Defendant's Motions to Sever, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to file its responses shall be extended to February 27, 2020.

//
//
//

ORDER EXTENDIING THE DEADLINE FOR THE GOVERNMENT
TO FILE ITS RESPONSES TO DEFENDANT'S MOTIONS TO SEVER - 1
*United States v. Anthony Jacques McKinney, CR19-203RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the matter be re-noted for February 28, 2020. |
| 2 | DATED this 21st day of January, 2020. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | RICARDO S. MARTINEZ |
| 9 | UNITED STATES DISTRICT JUDGE |

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney



s/ Scott J. Engelhard
SCOTT J. ENGELHARD
Attorney for Anthony Jacques McKinney

ORDER EXTENDIIING THE DEADLINE FOR THE GOVERNMENT
TO FILE ITS RESPONSES TO DEFENDANT'S MOTIONS TO SEVER - 2
*United States v. Anthony Jacques McKinney, CR19-203RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s).

ORDER EXTENDIING THE DEADLINE FOR THE GOVERNMENT
TO FILE ITS RESPONSES TO DEFENDANT'S MOTIONS TO SEVER - 3
*United States v. Anthony Jacques McKinney, CR19-203RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970