Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL HERNANDEZ, et al., <br><br> Defendants. | NO. CR19-203RSM <br><br> SCHEDULING ORDER |

On September 8, 2020, Defendant Faustino Islas-Estrada filed a request for a status conference to discuss the impact of COVID-19 on pretrial motions and whether this case could proceed to trial on November 30, 2020. Dkt. 316. Several other defendants and the United States joined the request. Dkts. 317-321 and 323. On September 23, 2020, the Court issued a Minute Order directing the parties to submit briefing on this issue. Dkt. 327. On October 2, 2020, after reviewing the briefing of the parties, the Court determined that a trial continuance was necessary given the COVID-19 pandemic, the number of defendants, and the other procedural circumstances of this case mentioned by the parties. As a result, the Court continued the trial to May 24, 2021, and set a pretrial motions deadline of March 25, 2021. Dkt. 340. In doing so, the Court specifically found that the ends of justice were served by the continuance and outweighed the best interests of the

SCHEDULING ORDER - 1
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), and that failure to continue this trial would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(i), (iv). The Court's order also directed the United States to submit "a proposed order setting forth a discovery schedule," *id.*, which the United States has now done.

The Court, having reviewed the record and files in this case, having considered the briefing of the parties referenced above, and being otherwise fully advised, adopts this discovery schedule[1]:

| Event | Date |
|---|---|
| Government to continue to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), including its continuing obligations set forth in Rule 16(c) | Ongoing |
| Defense to provide reciprocal discovery under Rule 16(b)(1)(A) – (B) and Local CrR 16(a)(2), with continuing obligation per rule 16(c); Defense to provide notices of any defenses alleged under Fed. R. Crim. P. 12.1, 12.2 or 12.3 | January 29, 2021 |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | March 11, 2021 |
| Government to identify FRE 404(b) evidence, if any | April 23, 2021 |
| Parties to exchange draft transcripts of recorded calls and/or meetings for proposed use at trial. | April 23, 2021 |
| Parties to exchange objections/proposed revisions to transcripts as to form and content. | May 7, 2021 |

---

[1] Government counsel provided this proposed schedule to all the defense attorneys on October 5, 2020 at 11:15 a.m., and requested that they provide any objections by 5:00 p.m., on October 7, 2020. Several counsel responded and provided proposed changes, all of which were incorporated into this proposed schedule.

SCHEDULING ORDER - 2
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Parties to exchange *Jencks* Act Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 materials *except* for government cooperating witnesses or confidential source witnesses. | May 7, 2021 |
| Parties to exchange all summary exhibits and underlying data under Fed. R. Evid. 1006; Parties to provide rebuttal expert disclosures | May 10, 2021 |
| Government's Trial Brief, Exhibit List, Witness List and Proposed Jury Instructions due (CrR 23.1 and CrR 23.3(a) and (b), CrR30(a)) | May 10, 2021 |
| Defendants' Trial Brief, Exhibit List, Witness List and Proposed Jury Instructions due (CrR 23.1 and CrR 23.3(a) and (b), CrR 30(a)) | May 14, 2021 |
| Government to produce *Jencks* Act, Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 (if any) for government cooperating witnesses and/or confidential source witnesses (if any). | May 14, 2021 |
| All Motions in Limine and Propose Voir Dire due (CrR23.2) | May 14, 2021 |
| File proposed trial exhibits (General Order 01-18) and commence Trial | May 24, 2021, at 9:00 a.m. |

Modifications to the deadlines set forth in this Order may be made by the Court based on changing circumstances or for other good cause shown.

DATED this 13th of October, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

SCHEDULING ORDER - 3
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  Presented by:
3  BRIAN T. MORAN
   United States Attorney
4
5  */s C. Andrew Colasurdo*
6  C. ANDREW COLASURDO
   Assistant United States Attorney
7
8  */s Marci L. Ellsworth*
9  MARCI L. ELLSWORTH
   Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHEDULING ORDER - 4
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970