Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HERNANDEZ, et al.,<br><br>Defendants. | NO. CR19-203RSM<br><br>REVISED SCHEDULING ORDER |

On February 5, 2021, Defendant Faustino Islas-Estrada filed a motion to continue the trial. Dkt. 451. Four codefendants joined the request, Dkts. 456, 466, 472, and 475, one codefendant objected, Dkt. 461, and the final codefendant remained silent on the issue. On March 1, 2021, the Court granted the motion to continue the trial and reset the trial for October 4, 2021 for all seven remaining defendants. Dkt. 476. Eight days later, on March 9, 2021, the Court issued an amended order continuing the trial to November 29, 2021, Dkt. 486, due to a conflict with a scheduled murder trial for the lead defendant's attorney. Dkts. 454 and 466. The Court's amended order continuing the trial also ordered that the "pretrial motions and other deadlines in the Time Schedule Order be moved accordingly." Dkt. 486 at 2. Thus, the United States now submits this Revised Scheduling Order, which

REVISED SCHEDULING ORDER - 1
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

moves all previously scheduled dates and deadlines in the original Scheduling Order to new dates consistent with original order.[1]

The Court, having reviewed the record and files in this case, adopts this revised discovery schedule:

| Event | Date |
|---|---|
| Government to continue to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), including its continuing obligations set forth in Rule 16(c) | Ongoing |
| Defense to provide reciprocal discovery under Rule 16(b)(1)(A) – (B) and Local CrR 16(a)(2), with continuing obligation per rule 16(c); Defense to provide notices of any defenses alleged under Fed. R. Crim. P. 12.1, 12.2 or 12.3 | August 6, 2021 |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | September 16, 2021 |
| Pretrial motions deadline | September 30, 2021 |
| Government to identify FRE 404(b) evidence, if any | October 29, 2021 |
| Parties to exchange draft transcripts of recorded calls and/or meetings for proposed use at trial. | October 29, 2021 |
| Parties to exchange objections/proposed revisions to transcripts as to form and content. | November 12, 2021 |
| Parties to exchange *Jencks* Act Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 materials *except* for government cooperating witnesses or confidential source witnesses. | November 12, 2021 |
| Parties to exchange all summary exhibits and underlying data under Fed. R. Evid. 1006; Parties to provide rebuttal expert disclosures | November 15, 2021 |

---

[1] For example, if the deadline was 30 days prior to the May 24, 2021 trial date in the original Scheduling Order, the deadline is now reset to 30 days prior to the new trial date of November 29, 2021.

REVISED SCHEDULING ORDER - 2
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Government's Trial Brief, Exhibit List, Witness List and Proposed Jury Instructions due (CrR 23.1 and CrR 23.3(a) and (b), CrR30(a)) | November 15, 2021 |
| Defendants' Trial Brief, Exhibit List, Witness List and Proposed Jury Instructions due (CrR 23.1 and CrR 23.3(a) and (b), CrR 30(a)) | November 19, 2021 |
| Government to produce *Jencks* Act, Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 (if any) for government cooperating witnesses and/or confidential source witnesses (if any). | November 19, 2021 |
| All Motions in Limine and Propose Voir Dire due (CrR23.2) | November 19, 2021 |
| File proposed trial exhibits (General Order 01-18) and commence Trial | November 29, 2021, at 9:00 a.m. |

Modifications to the deadlines set forth in this Order may be made by the Court based on changing circumstances or for other good cause shown.

DATED this 25th of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
TESSA M. GORMAN
Acting United States Attorney

*/s C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

*/s Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

REVISED SCHEDULING ORDER - 3
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970