The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HERNANDEZ<br><br>Defendant. | NO. CR19-203 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR VIDEO PLEA HEARING |

DEFENDANT's motion for a video plea hearing came on for hearing, and, being fully advised, the Court GRANTS the motion;

IT IS THEREFORE ORDERED: A video plea hearing is hereby set before the Magistrate Judge on **JUNE 17, 2021, at 11:00 a.m**.

DONE this 15th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION
FOR VIDEO PLEA HEARING

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com